Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-983

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1497

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** July 30, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-989

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1890

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 03, 2013
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-971**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** XM1434

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** July 30, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-993**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1990

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 05, 2015
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-022

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM2194A

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 01, 2020
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-094

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
_____

Title of Work: XM1584

## Completion/Publication
_____

Year of Completion: 2010
Date of 1st Publication: March 05, 2010
Nation of 1ˢᵗ Publication: Italy

## Author
_____

- Author: Marcello Corti
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant
_____

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-023

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** EDW1018

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** November 10, 2008
**Nation of 1st Publication:** Italy

## Author

• **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-024

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1195

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** July 04, 2007
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-078

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1503crop

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 26, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-080

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1521

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 11, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-087

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1530

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** December 23, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-987

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1889

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 02, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-994

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
_____

**Title of Work:** XM2040

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** December 14, 2015
**Nation of 1st Publication:** Italy

## Author
_____

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant
_____

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-974

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1456A |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | January 12, 2009 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| **• Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

---

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-982

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1495_Afro

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 22, 2018
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-898

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1323

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 04, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-922

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
        **Title of Work:** XM1799

## Completion/Publication
        **Year of Completion:** 2012
     **Date of 1st Publication:** May 02, 2012
   **Nation of 1ˢᵗ Publication:** Italy

## Author
         •   **Author:** Marcello Corti
      **Author Created:** 2-D artwork
         **Citizen of:** Italy

## Copyright Claimant
     **Copyright Claimant:** Marcello Corti
                      Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
     **Organization Name:** Grateful Licensing Group LLC.
           **Name:** Matt Appelman
          **Email:** matt@gratefullicensing.com
      **Telephone:** (802)777-1337
       **Address:** P.O. Box 844
                      Manchester Center, VT 05255 United States

## Certification
           **Name:** David Denholm



Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-997

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM2108

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 13, 2017
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-889

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1397

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** August 16, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-978

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1466

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** January 15, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-945

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1836

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 14, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-021

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
_____

Title of Work: XM2168

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: June 05, 2019
Nation of 1st Publication: Italy

## Author
_____

• Author: Marcello Corti
Author Created: 2-D artwork
Citizen of: Italy

## Copyright Claimant
_____

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-915

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
_____

**Title of Work:** XM1401

## Completion/Publication
_____

**Year of Completion:** 2008
**Date of 1st Publication:** September 05, 2008
**Nation of 1st Publication:** Italy

## Author
_____

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant
_____

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-391-125

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
_____

Title of Work: XM1676

## Completion/Publication
_____

Year of Completion: 2011
Date of 1st Publication: May 02, 2011
Nation of 1st Publication: Italy

## Author
_____

- Author: Marcello Corti
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant
_____

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-924

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1819

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 14, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-123

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

| | |
|---|---|
| Title of Work: | XM16502012 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | November 05, 2010 |
| Nation of 1st Publication: | Italy |

## Author

| | |
|---|---|
| • Author: | Marcello Corti |
| Author Created: | 2-D artwork |
| Citizen of: | Italy |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Grateful Licensing Group LLC. |
| Name: | Matt Appelman |
| Email: | matt@gratefullicensing.com |
| Telephone: | (802)777-1337 |
| Address: | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-906

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1716 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | July 18, 2011 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-919

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1788 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 27, 2012 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-921

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1798

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 13, 2012
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-920

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1789

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Marcello Corti

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-973

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1436

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** November 04, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-947

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | XM1884 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | June 24, 2013 |
| **Nation of 1st Publication:** | Italy |

## Author

|  |  |
|---|---|
| **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
|  | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

---

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
|  | Manchester Center, VT 05255 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-990

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1904

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 15, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-390-909**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1767B |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 02, 2012 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-891

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1347

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** May 16, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-025

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1220

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** September 19, 2007
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-944

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1829A

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 05, 2012
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-908

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1733

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** December 01, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-943

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1821

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 16, 2012
**Nation of 1st Publication:** Italy

## Author

• **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-992

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1974

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 21, 2015
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-890

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1366

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** July 17, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-904

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1686c |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | May 23, 2011 |
| **Nation of 1st Publication:** | Italy |

## Author

| | | |
|---|---|---|
| • | **Author:** | Marcello Corti |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-122

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1647A

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 20, 2010
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-124

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
 
**Title of Work:** XM1682

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 10, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-900

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1319

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** March 31, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-098

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
           **Title of Work:** XM1593

## Completion/Publication
           **Year of Completion:** 2009
    **Date of 1st Publication:** December 07, 2009
   **Nation of 1st Publication:** Italy

## Author
               **Author:** Marcello Corti
       **Author Created:** 2-D artwork
          **Citizen of:** Italy

## Copyright Claimant
    **Copyright Claimant:** Marcello Corti
    Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
   **Organization Name:** Grateful Licensing Group LLC.
              **Name:** Matt Appelman
             **Email:** matt@gratefullicensing.com
        **Telephone:** (802)777-1337
          **Address:** P.O. Box 844
                   Manchester Center, VT 05255 United States

## Certification
                **Name:** David Denholm



Marcello Corti

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-905

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1712

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 05, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-925

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1820

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 15, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-980**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:**  XM1486

## Completion/Publication

**Year of Completion:**  2009
**Date of 1st Publication:**  March 27, 2009
**Nation of 1st Publication:**  Italy

## Author

- **Author:**  Marcello Corti
  **Author Created:**  2-D artwork
  **Citizen of:**  Italy

## Copyright Claimant

**Copyright Claimant:**  Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:**  Grateful Licensing Group LLC.
**Name:**  Matt Appelman
**Email:**  matt@gratefullicensing.com
**Telephone:**  (802)777-1337
**Address:**  P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:**  David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-079

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1520

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 23, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-081

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
_____

Title of Work: XM1525

## Completion/Publication
_____

Year of Completion: 2009
Date of 1st Publication: November 30, 2009
Nation of 1st Publication: Italy

## Author
_____

- Author: Marcello Corti
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant
_____

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-916

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1777 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 10, 2012 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-996**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

## Title

**Title of Work:** XM2053

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 18, 2016
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

